Name:   Rauland J. Grube
Prison #:   34949
Place of Confinement:   Idaho State Correctional Institution, Boise, Idaho

Gregory W. Moeller
Idaho State Bar #: 4228
  Rigby, Thatcher, Andrus,
Rigby, Kam & Moeller, *Chartered*
PO Box 250
Rexburg, ID. 83440
(208) 356-3633

Attorneys for Petitioner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF IDAHO

| | |
|---|---|
| RAULAND J. GRUBE ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | |
| ) | Case No. CIV 01-0357-S-BLW |
| JOSEPH KLAUSER, Warden, ) | |
| Idaho State Correctional Institution, ) | |
| and the Attorney General of the ) | |
| State of Idaho ) | |
| ALAN G. LANCE ) | |

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## *IN FORMA PAUPERIS*

I, Rauland J. Grube, declare that I am the petitioner in the above entitled case;

that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1- Are you presently employed?   Yes _X_   No ___

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

$30.00 per mONtH as a clerk at Whole Vision Idaho State Correctional Institution, P.O. Box 14 Boise ID 83

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2- Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes ___   No _X_

    b. Rent payments, interest or dividends?   Yes ___   No _X_

    c. Pensions, annuities or life insurance payments?   Yes ___   No _X_

    d. Gifts or inheritances?   Yes _X_   No ___

    e. Any other sources?   Yes ___   No _X_

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. Gift $40.00 from Rulon Grube on 9-5-2000. Shown under BAtch Code HQ0125818-015

3- Do you own cash, or do you have money in a checking or savings account?

    Yes _X_   No ___   (include any funds in prison accounts.)

Declaration in Support of Request to Proceed – Grube – Page-2
H:\WP6\GM\GRUBE.DEC

If the answer is "yes," state the total value of the items owned. $3.09 in OFFender BANK BALANCE. See attached certificate

4- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes____   No _X_

If the answer is "yes," describe the property and state its approximate value._____

5- List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
None

6- I have been represented in my state court proceedings by my court-appointed attorneys, Michael S. Kam and Gregory W. Moeller of the firm Rigby, Thatcher, Andrus, Rigby, Kam & Moeller, Chartered. I want these attorneys to handle my case in federal court, as well.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

EXECUTED on the __14th__ day of July, 2001.

*Rauland J. Grube*
Rauland J. Grube

Declaration in Support of Request to Proceed – Grube – Page-3
H:\WP6\GM\GRUBE.DEC