August 30, 2007

# DISTRICT COURT RECORD RETURN FORM
## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**District Court/Agency:** USDC Idaho (Boise)
**Lower Court Number:** CV-01-00357-BLW
**Appeal Number:** 06-35132
**Short Title:** Grube v. Blades

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 2 | | | 0 | **Certified Copy(ies)** | | | |
| **Reporters Transcripts in:** | 1 | | | | | | | |
| **Bulky Documents in:** | 0 | **Envelopes** | 2 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |
| **State Lodged Docs in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.